NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE STANFORD PIERCE, JR.,           )
                                       )
            Appellant,                 )
                                       )
v.                                     )           Case No. 2D18-319
                                       )
AMY PIERCE,                            )
                                       )
            Appellee.                  )
_____)

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Thomas Ramsberger, Judge.

Jane H. Grossman, St. Petersburg, for
Appellant.

Peyton Mullin and Alexa Saab of Meros,
Smith, Lazzara, Brennan & Brennan, P.A.,
St. Petersburg, for Appellee.

PER CURIAM.

        Affirmed.  See Sun Harbor Homeowners' Ass'n v. Bonura, 95 So. 3d 262,

265 (Fla. 4th DCA 2012) (recognizing that pursuant to Florida Rule of Appellate

Procedure 9.600(a), the circuit court has concurrent jurisdiction with the appellate court

during the pendency of review before the record is docketed to render orders on

procedural matters relating to the case).


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.